PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. 1:22CR12WES-PAS-04

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added ☐ Indictment ☐ Charges/Counts Added ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — RHODE ISLAND
DISTRICT OF RHODE ISLAND — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Zachary A. Cunha
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Christine D. Lowell & Stacey P. Veroni

USA vs.
Defendant: William Lugo
Address: [redacted]

☒ Interpreter Required   Dialect: Spanish

Birth Date: [redacted] 1991   ☒ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: [redacted]

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
USPIS ~ Richard F. Atwood, Postal Inspector

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.
MAG. JUDGE CASE NO.: PAS/ 20-MJ-050

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date 7/14/2020  or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Scott A. Lutes, Esq.
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 days | ☐ Felony ☐ Misdemeanor |

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Count Breakdown | Title & Section/Offense Level (Petty = 1/ Misdemeanor = 3/ Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 USC § 841(a)(1) & (b)(1)(A) and 846 | Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine | **FELONY** |
| | Imprisonment: 10 years to life<br>Supervised Release: 5 years to life | Fine: $10,000,000<br>Special Assessment: $100 | |
| 2 | 21 USC § 843(b) | Unlawful Use of a Communication Facility | **FELONY** |
| | Imprisonment: 4 years<br>Supervised Release: 1 year | Fine: $250,000<br>Special Assessment: $100 | |
| 3 | 18 U.S.C. § 922(g)(1) | | |
| | Imprisonment: 10 years<br>Supervised Release: 3 years | Fine: $250,000<br>Special Assessment: $100 | **FELONY** |
| | 21 U.S.C. § 853 | FORFEITURE ALLEGATION | |

Lugo, William